PROB 12B
(7/93)

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 09 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robert L. Blume                    Case Number: 2:01CR00108-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, U.S. District Court Judge

Date of Original Sentence: February 28, 2002        Type of Supervision: Supervised Release

Original Offense: Bank Robbery, 18 U.S.C. § 2113(a)  Date Supervision Will Commence: August 24, 2005

Original Sentence: Prison - 57 months;               Date Supervision Will Expire: August 23, 2008
                   TSR - 36 months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

10     You shall reside in a community corrections center for a period of up to 180 days. This placement may include a pre-release component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of that facility. You shall remain at the facility until discharged by the Court.

### CAUSE

Mr. Blume is currently serving the remainder of his 57 month sentence. Mr. Blume is due to be released from prison on August 24, 2005. Prior to Mr. Blume's release he submitted two release plans to the probation office, both of which have been denied, based upon the addresses being invalid.

Mr. Blume did not participate in the community corrections placement which, for most inmates, is useful in preparing for transition back into the community. If Mr. Blume were placed into a community corrections center as part of his supervised release this would provide him with opportunities to find employment and housing. Additionally, this placement would allow him to engage in treatment and monitoring activities which are important for succeeding on supervised release.

Mr. Blume has agreed to a 180-day community corrections placement as indicated on the attached waiver signed August 2, 2005.

                                                       Respectfully submitted,

                                                   by  /s/ Missy K. Kolbe
                                                       Missy K. Kolbe
                                                       U.S. Probation Officer
                                                       Date: August 8, 2005

Prob 12B
**Re:  Blume, Robert Lyle**
**August 8, 2005**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]   Other

*Fred Van Sickle*
Signature of Judicial Officer

*August 9, 2005*
Date