PROB 12B
(7/93)

# United States District Court

для the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 19 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request to Release Offender from Turner House CCC

Name of Offender:  Robert Lyle Blume                    Case Number: 2:01CR00108-001

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle

Date of Original Sentence: 02/15/2002                   Type of Supervision:  Supervised Release

Original Offense: Bank Robbery, 18 U.S.C. § 2113(a)     Date Supervision Commenced: 08/25/2005

Original Sentence:  Prison - 57 months; TSR - 36        Date Supervision Expires: 08/24/2008
months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

   Robert Blume is directed to be released from Turner House Community Corrections Center effective
   December 16, 2005.

## CAUSE

Mr. Blume began a 180-day placement at Turner House Community Corrections Center effective August 26, 2005. He is due to be released from this facility on December 22, 2005. Mr. Blume agreed to a modification based on lack of community resources and housing. Effective December 9, 2005, Mr. Blume successfully secured housing at 2506 East Sinto, Apartment #2, Spokane, Washington. This residence has been verified by the undersigned officer.

He has maintained employment with Professional Insulation, earning over $12.00 per hour. Mr. Blume advised he has also assisted with other residents of Turner House being offered employment with this company.

Mr. Blume has struggled with regular attendance at his weekly mental health appointments, but has recently made a better effort.

The undersigned officer believes Mr. Blume has made marked improvements compared to this officer's first contact with him this past summer.

Since Mr. Blume agreed to placement at Turner House, the undersigned officer agreed to request his release from Turner House earlier than his scheduled end date.

Respectfully submitted,

by

Missy K. Kolbe
U.S. Probation Officer
Date: December 13, 2005

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

December 16, 2005
Date