PROB 12B
(7/93)

Report Date: March 15, 2006

U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 31 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Robert Lyle Blume | Case Number: 2:01CR00108-001 |

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

| | |
|---|---|
| Date of Original Sentence: 02/15/2002 | Type of Supervision: Supervised Release |
| Original Offense: Bank Robbery, 18 U.S.C. § 2113(a) | Date Supervision Commenced: 08/25/2005 |
| Original Sentence: Prison - 57 months; TSR - 36 months | Date Supervision Expires: 08/24/2008 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

6   **Amended Condition:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

7   **Amended Condition:** You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

## CAUSE

**Special Condition #19:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer.

**Supporting Evidence Violation #1:** Robert Blume is considered in violation of his supervised release in the Eastern District of Washington by his use of marijuana on/or about March 9, 2006.

On March 8, 2006, the probation office received an anonymous call reporting that Mr. Blume and his employer were using marijuana and crack cocaine. The caller also advised that Mr. Blume and his employer were overheard discussing marijuana sales transactions occurring with some of the residents at Turner House Community Corrections Center (CCC). Based on these reported concerns, Mr. Blume was directed to report in person to the probation office.

On March 9, 2006, Mr. Blume reported to the probation office and admitted to ingestion of marijuana on March 8, 2006. Subsequently, the urine specimen submitted at this time, tested presumptively positive for marijuana. The sample will be sent to Scientific Testing Laboratories for further confirmatory testing. Mr. Blume denied the use of

Prob 12B
**Re: Blume, Robert Lyle**
**March 15, 2006**
**Page 2**

crack cocaine or any other substances, including alcohol. He reported that his wife moved back into his residence around the beginning of March 2006. The offender advised this officer that his wife does not use illicit substances, including marijuana.

Mr. Blume has been involved with semi-monthly mental health treatment with John Jankowsky. As a result of the presumptive positive urinalysis result and the admission of use by this offender, Mr. Blume was directed to participate in phase urinalysis testing through Iverson Center.

The above noted amended conditions are requested to comply with United States v. Stephens (9th Cir. 2005).

Respectfully submitted,

by _____
Missy K. Kolbe
U.S. Probation Officer
Date: March 15, 2006

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
FVS [X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

March 31, 2006
Date